IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARIA NISHIJIMA, | CIVIL ACTION FILE |
| Plaintiff, | NO.  2:24-CV-040-RWS |
| v. | On removal from the State Court of Forsyth County, Civil Action |
| WALMART INC., JOHN DOE, JANE DOE, and ABC CORP. | File No. 23-CV-1200-1 |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |
| _____/ | |

## NOTICE OF REMOVAL

COMES NOW, WALMART INC., a named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff commenced this action by filing a Complaint on July 26, 2023, in the Superior Court of Forsyth County, Georgia, which is within the Gainesville Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 23-CV-1200-1 in that Court. (See generally Plaintiff's First Amended and Recast Complaint, Exhibit A).

Plaintiff's claims against WALMART INC. include claims of negligence. (See generally First Amended and Recast Complaint).

2.

Plaintiff's Complaint was filed in the Superior Court of Forsyth County on July 26, 2023 - hereinafter referred to as the "Forsyth County Suit." (See generally Complaint)

3.

Defendant WALMART INC. was added as a party Defendant on February 5, 2024, in the Forsyth County Suit. (See Order, Attached as Exhibit "B"). Since being added as a party, WALMART INC. has not been served. WALMART INC. has filed this Notice of Removal within thirty (30) days of being added as a party Defendant in the Forsyth County Suite.

4.

Defendant WALMART INC. is a Delaware corporation with its principal place of business in the State of Arkansas. Defendant WALMART INC. was not a citizen of the State of Georgia at the time of or any time immediately prior to the filing and service of said lawsuit, or at any time thereafter. (See First Amended and Recast Complaint, ¶ 3; See also Georgia Secretary of State Documents, a copy of which is attached hereto as Exhibit "C").

5.

Plaintiff Nishijima has alleged she is a citizen of the State of Georgia. (See First Amended and Recast Complaint, ¶ 1).

6.

Defendants John Doe, Jane Doe, and ABC Corp. are fictitious Defendants whose citizenships must be disregarded for removal purposes. See 28 U.S.C. § 1441(b)(1); Weiland v. Palm Beach Cty. Sheriff's Office, 792 F.3d 1313, 1318 n.4 (11th Cir. 2015).

6.

Complete diversity of citizenship exists between Plaintiff and Defendants.

7.

Plaintiff claims personal injury from a "trip-and-fall: incident and seeks general and special damages, including past medical expenses. On or around January 17, 2024, prior to WALMART INC. becoming a party Defendant, Plaintiff issued an offer of settlement in which she demanded Three Hundred Thousand Dollars ($300,000.00) to resolve her claims. (See Plaintiff's Offer of Settlement Pursuant to O.C.G.A. § 9-11-68. Thus, from the amount Plaintiff has demanded, it is clear that the amount in controversy, exclusive of interests and costs, exceeds $75,000.00. (See Plaintiff's Offer of Settlement, ¶1, Exhibit "D").

8.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

10.

Pursuant to the provisions of 28 U.S.C. § 1446, Walmart has attached as Exhibit "E" copies of all the pleadings that were provided to and served upon Walmart, including copies of all pleadings that have been filed to date in the Forsyth County Suit.

11.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

12.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

13.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Forsyth County, Georgia, as required by 28 U.S.C. § 1446.

- 5 -

WHEREFORE, Defendant WALMART INC. prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

Respectfully submitted this 26 of February, 2024.

          WALDON ADELMAN CASTILLA
          MCNAMARA & PROUT

          /s/ Matthew J. Hurst
          Matthew J. Hurst
          Georgia Bar No. 480267
          Attorney for Walmart Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com

## 5.1 CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing NOTICE OF REMOVAL has been prepared with one of the font and point selections approved by the court in LR 5.1B.

This 26 day of February, 2024.

                                              WALDON ADELMAN CASTILLA
                                              MCNAMARA & PROUT

                                              /s/ Matthew J. Hurst
                                              Hilliard V. Castilla
                                              Georgia Bar No. 116123
                                              Matthew J. Hurst
                                              Georgia Bar No. 480267
                                              Attorney for Walmart Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served electronically filed a NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record and upon all parties to this matter by:

Stephen J. Valero, Esq.
Hung Q. (Alex) Nguyen, Esq.
Renee E. Taylor, Esq.
770GOODLAW, H.Q. ALEX NGUYEN LAW FIRM, LLC
5495 Jimmy Carter Blvd.
Suite B-17
Norcross, GA 30093
steve@770goodlaw.com
alex@770goodlaw.com
renee@770goodlaw.com

This 26 day of February, 2024.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

/s/ Matthew J. Hurst
Hilliard V. Castilla
Georgia Bar No. 116123
Matthew J. Hurst
Georgia Bar No. 480267
Attorney for Walmart Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com