# ORDER

# EXHIBIT "B"

FORSYTH COUNTY, GEORGIA
FILED IN THIS OFFICE
2/22/2024 11:23 AM
GREG G. ALLEN
CLERK OF THE SUPERIOR COURTS
23CV-1200-1
JUDGE Bagley, Jeffrey S.

# IN THE SUPERIOR COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MARIA NISHIJIMA, | CIVIL ACTION |
| Plaintiff, | FILE NO.: 23CV-1200-1 |
| v. | |
| JOHN DOE; JANE DOE; and ABC CORP. | |
| Defendants. | |

## ORDER

Pursuant to *Consent Stipulation and Agreement* filed 5 February 2024, the Court hereby adds Walmart, Inc. as a party-defendant. The Clerk of Court shall amend the style of this action as follows:

| | |
|---|---|
| MARIA NISHIJIMA, | CIVIL ACTION |
| Plaintiff, | FILE NO.: 23CV-1200-1 |
| v. | |
| WALMART, INC., JOHN DOE; JANE DOE and ABC CORP. | |
| Defendants. | |

EXHIBIT B

It is so ORDERED this 24th of February, 2024, *nunc pro tunc* to 5 February 2024.

_____
Jeffrey S. Bagley, Chief Judge
Superior Court of Forsyth County
Bell-Forsyth Judicial Circuit

Distribution List

Original:   Clerk of Court

cc:   Renee E. Taylor, Esq.
      Matthew Hurst, Esq.