# GEORGIA SECRETARY OF STATE DOCUMENTS

# EXHIBIT "C"

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/26/2023 05:23:13

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | Walmart INC. |
| **CONTROL NUMBER** | : | J151025 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 708 SW 8th Street, Bentonville, AR, 72716, USA |
| **REGISTERED AGENT NAME** | : | THE CORPORATION COMPANY (FL) |
| **REGISTERED OFFICE ADDRESS** | : | 106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA |
| **REGISTERED OFFICE COUNTY** | : | Forsyth |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| C. Douglas McMillon | CEO | 708 SW 8th Street, Bentonville, AR, 72716, USA |
| Jessica Rancher | Secretary | 708 SW 8th Street, Bentonville, AR, 72716, USA |
| M. Brett Biggs | CFO | 708 SW 8th Street, Bentonville, AR, 72716, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 702 SW 8th St., Bentonville, AR, 72716, USA |
| **REGISTERED AGENT NAME** | : | THE CORPORATION COMPANY (FL) |
| **REGISTERED OFFICE ADDRESS** | : | 106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA |
| **REGISTERED OFFICE COUNTY** | : | Forsyth |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| C. Douglas McMillon | CEO | 702 SW 8th St, Bentonville, AR, 72716, USA |
| Jessica Rancher | Secretary | 702 SW 8th St, Bentonville, AR, 72716, USA |
| John David Rainey | CFO | 702 SW 8th St, Bentonville, AR, 72716, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Kelly Lettmann |
| **AUTHORIZER TITLE** | : | Attorney In Fact |

**EXHIBIT C**



GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Walmart INC.** | Control Number: | **J151025** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **7/20/1981** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| C. Douglas McMillon | CEO | 702 SW 8th St, Bentonville, AR, 72716, USA |
| Jessica Rancher | Secretary | 702 SW 8th St, Bentonville, AR, 72716, USA |
| John David Rainey | CFO | 702 SW 8th St, Bentonville, AR, 72716, USA |

Back     Filing History     Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19     Report a Problem?