# PLAINTIFF'S OFFER OF SETTLEMENT

# EXHIBIT "D"

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARIA NISHIJIMA,<br><br>             Plaintiff,<br>v.<br><br>WALMART INC., JOHN DOES 1-2, ABC CORP., and XYZ CORP.,<br><br>             Defendants. | CIVIL ACTION FILE NO.:<br><br>23-CV-1200-1 |

### PLAINTIFF'S OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68

COMES NOW, MARIA NISHIJIMA ("Plaintiff"), and makes and files this Plaintiff's Offer of Settlement of her tort claim pursuant to O.C.G.A. § 9-11-68 to Defendants, as follows:

1.

Plaintiff will fully and finally settle, compromise, and resolve all of her claims against Defendants for the incident which forms the basis of the above-styled lawsuit in exchange for the total amount of Three hundred Thousand dollars ($300,000.00) (comprised of $300,000.00 in compensatory damages, $0.00 in punitive damages, and $0.00 in attorney's fees and other expenses). Upon payment, Plaintiff will dismiss all her claims against Defendants for the incident which forms the basis of the above-styled lawsuit.

2.

This proposal is an attempt to resolve all claims Plaintiff has made or could legally make against Defendants related to the incident that forms the basis of the above-styled case, specifically including Plaintiff's claim for negligence, personal injuries, medical special damages, lost ability to labor, and pain and suffering described in the Complaint filed in the above-styled case.

EXHIBIT D

3.

Plaintiff will satisfy all valid liens against the claims set forth in his Complaint or against the recovery made by Plaintiff. This offer of settlement does not include any agreement by Plaintiff to waive any rights not specifically listed herein, and this offer of settlement does not include any agreement by Plaintiff to indemnify.

4.

Full payment of settlement funds must be received by 770GoodLaw, The Law Office of H.Q. Alex Nguyen Law Firm, LLC at 5495 Jimmy Carter Boulevard, Suite B-17, Norcross, Georgia 30093 within fifteen (15) days of acceptance of this offer. The settlement check should be made payable as follows: "MARIA NISHIJIMA and 770GoodLaw The Law Office of H.Q. Alex Nguyen Law Firm, LLC"

5.

Pursuant to the provisions of O.C.G.A. § 9-11-68, this offer shall remain open for thirty (30) days as defined by O.C.G.A. § 9-11-68(c).

5.

Pursuant to the provisions of O.C.G.A. § 9-11-68(c), if this offer is not accepted within thirty (30) days as defined by O.C.G.A. § 9-11-68(c), it will, by operation of law, be deemed rejected.

6.

Pursuant to the provisions of O.C.G.A. § 9-11-68(c), any counteroffer will be deemed a rejection of this offer.

[SIGNATURE FOLLOWING ON FOLLOWING PAGE]

Respectfully submitted this January 17, 2024,

                                            **770GOODLAW, H.Q. ALEX NGUYEN LAW FIRM, LLC.**

                                            */s/ Renée E. Taylor*
                                            Renée E. Taylor
                                            Georgia Bar No.: 195455
                                            Hung Q. (Alex) Nguyen, Esq.
                                            Georgia Bar No.: 940370
                                            *Attorneys for Plaintiff*

5495 Jimmy Carter Blvd., Suite B-17
Norcross, GA 30093
(770)409-1529 Office
(770)409-1526 Fax
renee@770goodlaw.com
litigation@770goodlaw.com