FORSYTH COUNTY, GEORGIA
FILED IN THIS OFFICE
9/6/2023 11:11 AM
GREG G. ALLEN
CLERK OF THE SUPERIOR COURTS
23CV-1200-1
JUDGE Bagley, Jeffrey S.

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARIA NISHIJIMA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WALMART CLAIMS SERVICES INC., ) <br> John Doe and Jane Doe and ABC Corp. ) <br> ) <br>    Defendants. ) | Civil Action File <br> No. 23CV-1200-1 |

**WALMART CLAIMS SERVICES, INC.'S SPECIAL
ANSWER AND JURY TRIAL DEMAND**

Defendant Walmart Claims Services, Inc. (hereinafter, "Walmart"), by and through counsel of record, files this Special Answer to Plaintiff's Complaint and shows as follows:

**FIRST DEFENSE**

This Court lacks personal jurisdiction over Walmart.

**SECOND DEFENSE**

Venue is improper.

**THIRD DEFENSE**

Service of process is insufficient.

**FOURTH DEFENSE**

Plaintiff has failed to specifically state items of special damages sought in this action pursuant to O.C.G.A. § 9-11-9(g).

**FIFTH DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted for attorney's fees and expenses of litigation.

**SIXTH DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted for punitive damages.

## SEVENTH DEFENSE

Responding to the specific allegations of the numbered paragraphs of Plaintiff's Complaint, Walmart answers:

1.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

2.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

3.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

4.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

5.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

6.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint as stated.

7.

Walmart admits the allegations contained within this paragraph of Plaintiff's Complaint.

8.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint as stated.

9.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint as stated.

10.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

11.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

12.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

13.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

14.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

15.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

16.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

17.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

18.

Walmart adopts, and incorporates by reference, all preceding paragraphs.

19.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

20.

Walmart is without knowledge sufficient to admit or deny the allegations contained within this paragraph of Plaintiff's Complaint.

21.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

22.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

23.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

24.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

25.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

26.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

27.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

28.

Walmart adopts, and incorporates by reference, all preceding paragraphs.

29.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

30.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

31.

Walmart adopts, and incorporates by reference, all preceding paragraphs.

32.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

33.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

34.

Walmart denies the allegations contained within this paragraph of Plaintiff's Complaint.

35.

This paragraph of Plaintiff's Complain contains a statement to which no response is required. To the extent a response is required, Walmart denies the allegations contained therein.

36.

Any allegation, language, or paragraph of Plaintiff's Complaint not hereinbefore responded to is specifically denied by Walmart.

WHEREFORE, having fully answered Plaintiff's complaint, Walmart prays:

a) that Plaintiff's Complaint be dismissed;
b) that Walmart has judgment in its favor;
c) that Walmart has a trial by jury of twelve persons; and
d) that Walmart has all other proper relief.

This <u>06</u> day of September, 2023.

**[SIGNATURE ON NEXT PAGE]**

        WALDON ADELMAN CASTILLA
        MCNAMARA & PROUT

        /s/ Matthew J. Hurst
        Matthew J. Hurst
        Georgia Bar No. 480267
        Attorney for Walmart Claims Services, Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I electronically filed WALMART CLAIMS SERVICES, INC.'S SPECIAL ANSWER AND JURY TRIAL DEMAND with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to the following attorney(s) of records:

>Stephen J. Valero, Esq.
>Hung Q. (Alex) Nguyen, Esq.
>Renee E. Taylor
>700Goodlaw, H.Q. Alex Nguyen Law Firm, LLC
>5495 Jimmy Carter Blvd.
>Suite B-17
>Norcross, GA 30093
>*steve@770goodlaw.com*
>*alex@770goodlaw.com*

This 06 day of September, 2023.

>WALDON ADELMAN CASTILLA
>MCNAMARA & PROUT
>
>/s/ Matthew J. Hurst
>Matthew J. Hurst
>Georgia Bar No. 480267
>Attorney for Walmart Claims Services, Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com