IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARIA NISHIJIMA, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 2:24-cv-040-SCJ |
| WALMART INC., John Doe, Jane ) | |
| Doe, and ABC Corp. ) | |
| ) | |
| Defendants. ) | |

## MATTHEW J. HURST'S APPLICATION FOR LEAVE OF ABSENCE

Comes now the undersigned, counsel of record for Walmart Inc., and respectfully submit this application for leave of absence during the following dates:

1) July 11, 2024;

2) August 12, 2024;

3) September 18, 2024 – September 19, 2024;

4) September 23, 2024;

5) October 17, 2024;

6) November 11, 2024 – November 15, 2024;

7) November 18, 2024;

8) November 25, 2024 – November 27, 2024;

9) November 29, 2024;

10) December 5, 2024 – December 6, 2024;

1

11) December 9, 2024 – December 10, 2024;

12) December 18, 2024 – December 20, 2024;

13) December 23, 2024;

14) December 26, 2024 – December 27, 2024; and

15) January 1, 2025 – January 3, 2025.

The undesigned respectfully request events such as hearings or trial not be scheduled during the dates listed above.

Respectfully submitted this 29 of May, 2024.

>WALDON ADELMAN CASTILLA
>MCNAMARA & PROUT
>
>/s/ Matthew J. Hurst
>Matthew J. Hurst
>Georgia Bar No. 480267
>Attorney for Walmart Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARIA NISHIJIMA, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 2:24-cv-040-SCJ |
| WALMART INC., John Doe, Jane ) | |
| Doe, and ABC Corp. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed MATTHEW J. HURST'S APPLICATION FOR LEAVE OF ABSENCE using the Court's CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

>Stephen J. Valero, Esq.
>Hung Q. (Alex) Nguyen, Esq.
>Renee E. Taylor, Esq.
>770GOODLAW, H.Q. ALEX NGUYEN LAW FIRM, LLC
>5495 Jimmy Carter Blvd.
>Suite B-17
>Norcross, GA 30093
>steve@770goodlaw.com
>alex@770goodlaw.com
>renee@770goodlaw.com

**[SIGNATURE ON NEXT PAGE]**

This <u>29</u> day of May, 2024.

                                                 WALDON ADELMAN CASTILLA
                                                 MCNAMARA & PROUT

                                                 <u>/s/ Matthew J. Hurst</u>
                                                 Matthew J. Hurst
                                                 Georgia Bar No. 480267
                                                 Attorney for Walmart Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com