IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| MARIA NISHIJIMA, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 2:24-cv-040-SCJ |
| WALMART INC., John Doe, Jane | ) | |
| Doe, and ABC Corp. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON APPLICATION FOR LEAVE
## OF ABSENCE OF MATTHEW J. HURST

Whereas Matthew J. Hurst, Defendant's attorney of record, having made application to the Court for leave of absence and no objections having been received;

It is hereby ordered that Matthew J. Hurst be granted leave of absence for the following periods:

1) July 11, 2024;

2) August 12, 2024;

3) September 18, 2024 – September 19, 2024;

4) September 23, 2024;

5) October 17, 2024;

6) November 11, 2024 – November 15, 2024;

7) November 18, 2024;

8) November 25, 2024 – November 27, 2024;

9) November 29, 2024;

10)    December 5, 2024 – December 6, 2024;

11)    December 9, 2024 – December 10, 2024;

12)    December 18, 2024 – December 20, 2024;

13)    December 23, 2024;

14)    December 26, 2024 – December 27, 2024; and

15)    January 1, 2025 – January 3, 2025.

This _____ day of _____, 2024.

_____
Judge Steven J. Jones
United States District Court
Northern District of Georgia
Gainesville Division