UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARIA NISHIJIMA,<br><br>    Plaintiff,<br>v.<br><br>WALMART INC., JOHN DOE, JANE DOE, AND ABC CORP.,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>2:24-cv-040-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a true and correct copy of PLAINTIFF'S OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68 upon counsel for Defendant, by placing a copy of same in the United States Mail and electronic mail, as follows:

**Matthew J. Hurst**
**Waldon Adelman Castilla McNamara & Prout**
**900 Circle 75 Parkway**
**Suite 1040**
**Atlanta, GA 30339**
**mhurst@waldonadelman.com**

[SIGNATURE BLOCK ON THE FOLLOWING PAGE]

2

Respectfully submitted this 24th day of September, 2024.

        **770GOODLAW, CAR ACCIDENT LAWYERS, LLC**

        */s/ Hung Q. Nguyen*
        Hung Q. Nguyen, Esq.
        GA State Bar No. 940370
        Stephen J. Valero, Esq.
        GA State Bar No. 184083
5495 Jimmy Carter Blvd., Suite B-17  Attorneys for Plaintiff
Norcross, GA 30093
(770) 409-1529 Office
(770) 409-1526 Fax
litigation@770goodlaw.com